IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 26 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01659-EWN-BNB

ANTHONY RAY MARTINEZ,

    Plaintiff,

v.

BILL OWENS, (Govoner [sic] of the State of Colorado),
JOE ORTIZ, (Executive Director C.D.O.C.),
GARY GOLDER, (Warden Sterling Correctional Facility), and
CAPTION [sic] JOHN GIBSON (Capt. Colorado Depar't [sic] of Corrections, Sterling
    Facility),

    Defendants.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: September 21, 2005

BY THE COURT:

s/Edward W. Nottingham
UNITED STATES DISTRICT JUDGE

...

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01659-EWN-BNB

Anthony Ray Martinez
Prisoner No. 114709
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

US Marshal Service
Service Clerk
Service forms for: Bill Owens

Joe Ortiz, Gary Golder
and Capt. John Gibson – WAIVER*
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
2862 S. Circle Drive, Suite 400
Colorado Springs, CO 80906-4122

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
DC Box - **COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the US Marshal for Service on Bill Owens, and to Cathie Holst for Service on Joe Ortiz, Gary Golder, and Capt. John Gibson: COMPLAINT FILED 8/26/05, AFFIDAVIT IN SUPPORT OF COMPLAINT FILED 9/12/05, SUMMONS, WAIVER*, AND CONSENT FORM on 9/26/05.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk