IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01659-EWN-BNB

ANTHONY RAY MARTINEZ,

Plaintiff,

v.

BILL OWENS, Governor, State of Colorado,
JOE ORTIZ, Executive Director of CDOC,
GARY GOLDER, Warden, Sterling Correctional Facility, and
CAPTAIN JOHN GIBSON, Captain, CDOC, Sterling Correctional Facility,

Defendants.
_____

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**
_____

The plaintiff filed his Prisoner Complaint (the "Complaint") on August 26, 2005. By separate order, I have permitted the plaintiff to amend his Complaint to add as defendants Sergant [sic] Smith, Capt. Richard Mischiara, Kent Dennington, and Mr. Bodine. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from defendants Sergant [sic] Smith, Capt. Richard Mischiara, Kent Dennington, and Mr. Bodine. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. §1915 and all other orders upon defendants Sergant [sic] Smith, Capt. Richard Mischiara, Kent Dennington, and Mr. Bodine. All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that defendants Sergant [sic] Smith, Capt. Richard Mischiara, Kent Dennington, and Mr. Bodine or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated February 15, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge