IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01659-EWN-BNB

ANTHONY RAY MARTINEZ,

Plaintiff,

v.

BILL OWENS, Governor, State of Colorado,
JOE ORTIZ, Executive Director of CDOC,
GARY GOLDER, Warden, Sterling Correctional Facility, and
CAPTAIN JOHN GIBSON, Captain, CDOC, Sterling Correctional Facility,

Defendants.
_____

**ORDER**
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **January 25, 2006**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated January 11, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge