IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01659-EWN-BNB

ANTHONY RAY MARTINEZ,

Plaintiff,

v.

Sergeant Smith (of Northern Transport) Colorado Dep't. of Corrections,
Capt. Richard Mischiara (sfrsm),
Capt. John Gibson (Capt. (Shift Commander) Colorado Department of Corrections),
Kent Dennington Corrections Officer (Sterling Correctional Facility),
Mr. Bodine Correctional Officer (Sterling Correctional Facility),

Defendants.

## ORDER FOR DISMISSAL WITH PREJUDICE

This matter coming before the Court on the Joint Motion to Dismiss filed by the parties, and the Court being fully advised,

The Court hereby ORDERS that all claims of the plaintiff against the defendants are dismissed, with prejudice.

Dated this 23rd day of January, 2007.

BY THE COURT:

s/ Edward W. Nottingham
United States District Court Judge