IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 05–cv–01659–EWN–BNB

ANTHONY RAY MARTINEZ,

    Plaintiff,

v.

BILL OWENS (Govoner [sic] of the State of Colorado),
JOE ORTIZ (Executive Director C.D.O.C.),
GARY GOLDER (Warden Sterling Correctional Facility),
CAPTION JOHN GIBSON (Capt. Colorado Depar't of
Corrections, Sterling Facility),

    Defendants.

---

## ORDER

---

This case is before the court on Plaintiff's motion (#67) this case, which was settled and dismissed with prejudice over a year ago. According to Plaintiff, Defendants have retaliated against him, in alleged violation of the terms of settlement. Upon consideration and review of the motion and response, the court is of the view that Plaintiff should not be allowed to short-circuit the procedures and restrictions of the Prisoner Litigation Reform Act by resurrecting an old case. If he wants relief, he should initiate new proceedings, including proceedings involving administrative remedies. The motion is therefore DENIED.

    **SO ORDERED**.

Dated this 22nd day of July, 2008.

>BY THE COURT:
>
>s/ Edward W. Nottingham
>EDWARD W. NOTTINGHAM
>Chief United States District Judge